# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSAN CLOSSON,

    Plaintiff,

v.

RECONSTRUST COMPANY, *et al*.,

    Defendants.

Case No. 2:11-CV-00146-KJD-LRL

**ORDER**

    Presently before the Court is Defendant Real Time Resolutions' Motion to Dismiss (#15). Though the time for doing so has passed, Plaintiffs have failed to file any response in opposition to Defendant Real Time's motion to dismiss. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants the motion to dismiss.

    Defendant Real Time Resolutions ("Real Time") services a second mortgage, Home Equity Line of Credit ("HELOC"). The HELOC is never identified or mentioned in Plaintiffs' complaint. The complaint relates exclusively to the first mortgage. Though the complaint asserts Real Estate Settlement Practices Act ("RESPA") violations, there are no allegations involving Real Time, or the HELOC. Furthermore, Real Time did not initiate the foreclosure proceedings or have any involvement with them. In fact, the only allegation in the complaint concerning Real Time is an

assertion that Real Time is a Texas corporation with a principal place of business in Texas. Therefore, Defendant Real Time's motion to dismiss is granted.

Accordingly, IT IS HEREBY ORDERED that Defendant Real Time Resolutions' Motion to Dismiss (#15) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant Real Time Resolutions and against Plaintiffs.

DATED this 14th day of October 2011.

_____
Kent J. Dawson
United States District Judge