# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSAN CLOSSON, *et al.*,

    Plaintiffs,

v.

RECONTRUST COMPANY, *et al.*,

    Defendants.

Case No. 2:11-CV-00146-KJD-RJJ

**ORDER**

    On March 15, 2012, the Court granted Defendants' motion to dismiss the complaint, but granted Plaintiffs leave to amend the complaint. Plaintiffs' amended complaint was due no later than March 30, 2012. Though the time for doing so has passed, Plaintiffs have failed to file an amended complaint.

    Accordingly, IT IS HEREBY ORDERED that in accordance with the Court's Order (#42), Plaintiffs' complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted;

    IT IS FURTHER ORDERED that any *lis pendens* filed in conjunction with this action is hereby **CANCELED, DISCHARGED, and EXPUNGED**;

///

1      IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants
2 and against Plaintiffs.
3      DATED this 10th day of April 2012.

```
                                          _____
                                          Kent J. Dawson
                                          United States District Judge
```